WILLIAM B. ANDERSON, as Ancillary Administrator of the Estate of MARY E. PURKESS, Deceased, Appellant, *v.* JOHN C. FRY et al., as Executors of JOHN C. FRY, Deceased, Respondents.

*Anderson* v. *Fry*, 123 App. Div. 46, affirmed.
(Argued December 3, 1908; decided January 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

December 27, 1907, reversing an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to set aside a certain deed of gift and for an accounting.

*Howard Taylor*, *William Williams* and *William B. Anderson* for appellant.

*L. A. Gould* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.